1
2
3
4
5
6
7
8              **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   UNITED STATES OF AMERICA,                    CASE NO. CR F 11-354 LJO

12                    Plaintiff,

13         vs.
                                                 **ORDER    REGARDING    CALENDAR**
14                                               **CONFLICTS**

15   RICHARD ANTONIO SALAS, JR. et al.,

16                    Defendants.

17   _____/

18

19         At the October 14, 2011 Status Hearing, with all counsel and all parties present, this Court gave

20   notice to all counsel that once hearing and trial dates are agreed upon and set in this action, any conflicts

21   that thereafter develop will create a conflict with the *other* case and not the above-captioned matter.

22   With more than 45 lawyers involved in the instant action, the ability for calendar accommodation is non-

23   existent.

24   IT IS SO ORDERED.

25   **Dated:    October 18, 2011**                    **/s/ Lawrence J. O'Neill**
                                                 UNITED STATES DISTRICT JUDGE
26

27

28

                                              1