UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　vs.<br>RICHARD ANTONIO SALAS, et al.,<br>　　　　　　Defendants<br>_____ / | CASE NO. 1:11-CR-00354 LJO<br><br>**ORDER GIVING NOTICE TO ALL PARTIES AND TO ALL COUNSEL OF SCHEDULING CONFERENCE TO BE HELD ON FEBRUARY 17, 2012 AT 1:00PM** |

　　　The Court has received and reviewed the Status Conference Memo filed on February 17, 2012 by Counsel for Shawn Cameron, filed on behalf of all Defendants. Footnote one at page two of the Status Conference Memo has not been lost on this Court.

　　　It is apparent that Counsel Voris and Kersten have injected a legal issue, perhaps for appellate purposes, into the footnote. At the time of the hearing on October 14, 2011, this Court invited any counsel to be heard on any issue discussed. One of those issues was whether it was necessary to transport all of the defendants to all of the court hearings on matters of scheduling. The Court does not recall any objection to the indication that the Court was not inclined to transport all defendants to such hearings. That said, in light of the legal issue now being injected into the case, the Court will now change that course.

　　　At all hearings in this case, all defendants will be required to attend. The only exceptions will be if, at least ten days before any hearing, a signed (by the defendant and the counsel) waiver of appearance is filed.

1       At the hearing on February 17, 2011, counsel are to be ready to select dates for this case, including dates for discovery production, motions of any kind to be filed, the dates that all motions are to be heard, plea offers to be provided by the Government, plea offers to expire, pretrial conference and trial. ONCE SET, THESE DATES WILL BE FIRM AND WILL NOT BE CHANGED. A serious discussion about dates before the February 17 hearing among counsel is strongly suggested.

      This case will not be unreasonably delayed due to concerns about vacations or seminars. There are too many people involved to be able to accommodate those concerns. If counsel either cannot agree to dates, or an agreed upon trial date is suggested too far out into the future, the Court will set the trial date itself. Should any counsel have other counsel appear for them on February 17, this does not relieve any party from the meet and confer suggestion pre conference, nor does it provide a valid excuse for not having that appearing counsel possess counsel's trial availability.

      IT IS SO ORDERED.

**Dated:   February 8, 2012**               /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE