| | |
|---|---|
| 1 | H. CLAY JACKE, II (SB#108734) |
| 2 | Attorney at Law |
| | 880 W. First St. |
| 3 | Suite 302 |
| | Los Angeles, CA 90012 |
| 4 | 213-617-8128 |
| 5 | Attorney for Defendant |
| | DAVID TERRAZAS |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00354-LJO |
| Plaintiff, | WAIVER OF PERSONAL APPEARANCE ON ARRAIGNMENT AND ORDER THEREON |
| vs. | |
| DAVID TERRAZAS, | [RULE 10(B)(2) F.R. Crim. P.] |
| Defendant. | HONORABLE LAWRENCE J. O'NEILL |

Pursuant to Rule 10(b)(2), F.R.Crim.P., Defendant DAVID TERRAZAS, having been advised of his right to be present at all stages of the proceedings, hereby waives his right to be present in person in open court at his arraignment on the Superseding Indictment presently set for February 17, 2012, at 1:00 p.m., in Courtroom Four of the above-entitled court.

Defendant hereby acknowledges that he has received a copy of the Superseding Indictment and requests the court to proceed in his absence and agrees that his interest will be deemed represented at said arraignment by the presence of his attorney, H. CLAY JACKE, II, or another attorney appearing on Mr. Jacke's behalf..

//

//

1

Defendant further agrees that H. CLAY JACKE, II, or another attorney appearing on Mr. Jacke's behalf, may enter a plea of NOT GUILTY on Defendant's behalf to the charges in the Superseding Indictment.

DATED: February 7, 2012

        /s/ DAVID TERRAZAS
DAVID TERRAZAS
[Original signature in counsel's file]

Defendant's counsel joins in his request for waiver of personal appearance at the arraignment on the Superseding Indictment and agrees to enter a plea of NOT GUILTY on the Defendant's behalf or have another attorney appearing on his behalf to do so.

DATED: February 7, 2012

        /s/ H. CLAY JACKE, II
H. CLAY JACKE, II
Attorney for Defendant
DAVID TERRAZAS

## ORDER

Good cause appearance, Defendant DAVID TERRAZAS is excused from appearing at the arraignment presently set for February 17, 2012, at 1:00 p.m.

IT IS SO ORDERED.

**Dated:   February 13, 2012**       /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE