**GALATEA DeLAPP #181581**
Attorney at Law
4905 N HARRISON AVENUE
FRESNO, CALIFORNIA 93704
PHONE (559) 803-0471
FAX (559) 961-4488

ATTORNEY FOR: *VANESSA MARIN MOJARRO CAMERON*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE NO. 1:11-cr-00354-LJO** |
| *Plaintiff*, | |
| v. | **WAIVER OF DEFENDANT'S PERSONAL APPEARANCE** |
| VANESSA MARIN MOJARRO CAMERON, | |
| *Defendant*. | |

**TO: THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:**

The Defendant, *VANESSA MARIN MOJARRO CAMERON,* having been advised of her right to be present at all stages of proceedings, including, but not limited to, presentation of and arguments on questions of fact and law, and to be confronted by and to cross-examine all witnesses, hereby waives the right to be present at the hearing on any motion or other proceeding in this case. Examples of hearing concerning which the defendant waives the right to be present include when the case is set for trial, when a continuance is ordered, when a motion to set aside an indictment is heard, during a plea or change of plea, during a sentencing or any case disposition, when a motion for reduction of bail or for a personal recognizance release is heard.

The undersigned Defendant requests the Court to proceed during every absence of the Defendant that the Court may permit pursuant to this waiver, and hereby agrees that her interest is represented at all times by the presence of her attorney the same as if the Defendant were personally present in court a further agrees that the notice to Defendant's attorney that

[DEFANDANT'S WAIVER OF PERSONAL APPEARANCE ]

Defendant's presence in court on a particular day at a particular time is required is notice to the Defendant of the requirement of Defendant's appearance at the time and place.


Dated:  February 17, 2012          /s/ Vanessa Marin Mojarro Cameron

                                   **VANESSA MARIN MOJARRO CAMERON**

                                   *(original signature on file with counsel)*


                                   /s/   GalateaDeLapp_____
                                   **GALATEA DeLAPP**
                                   Attorney for **VANESSA MARIN MOJARRO CAMERON**


                                   **ORDER**



IT IS SO ORDERED.

     Dated:   **February 21, 2012**          **/s/ Lawrence J. O'Neill**
                                   UNITED STATES DISTRICT JUDGE