1  BENJAMIN B. WAGNER
   United States Attorney
2  KATHLEEN A. SERVATIUS
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11-CR-00354 LJO |
| Plaintiff, | ORDER GRANTING GOVERNMENT'S REQUEST TO SUBMIT EXHIBITS IN SUPPORT OF RESPONSE TO DEFENDANTS' OMNIBUS MOTION FOR DISCOVERY *IN CAMERA* AND *UNDER SEAL* |
| v. | |
| RICHARD SALAS, et. al., | DATE: October 12, 2012 |
| Defendants. | TIME: 1:00 p.m.<br>HONORABLE Lawrence J. O'Neill |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kathleen A. Servatius and Kimberly A. Sanchez, Assistant United States Attorneys, having requested permission to file the government's redacted and unredacted Exhibits to its Response to the Defendants' Omnibus Motion for Discovery *under seal* until further order of the Court and to submit the unredacted Exhibits only for the Court's consideration *in camera,* good cause appearing therefore,

IT IS SO ORDERED.

Dated:  September 14, 2012                       /s/ Lawrence J. O'Neill
                                                 UNITED STATES DISTRICT JUDGE