**JOAN JACOBS LEVIE, #179787**
5310 NORTH ROOSEVELT AVENUE
FRESNO, CALIFORNIA 93704
TELEPHONE: (559) 439-3143
EMAIL: LEVIELAW@GMAIL.COM

Attorney for Defendant, Edward Luna

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

Plaintiff,

vs.

EDWARD LUNA,

Defendant.

_____

)
)
)
)
)
)
)
)
)
)
)

CASE NO. CR 11-354-36 LJO

**STIPULATION TO CONTINUE
SENTENCING HEARING; ORDER**

IT IS HEREBY STIPULATED between the parties, by and through counsel for the government, Kimberly Sanchez, and counsel for defendant, EDWARD LUNA, Joan Jacobs Levie, that the date established by the court for the sentencing hearing, currently scheduled for March 4, 2013 at 9:00 a.m. in the courtroom of the Hon. Lawrence J. O'Neill, be continued until March 25, 2013 at 10:00 a.m. in the courtroom of the Hon. Lawrence J. O'Neill.

The parties stipulate that the continuance is necessary because counsel for defendant did not receive a copy of the draft PSR until January 31, 2013. On that date, there was a flood in her house due to a water pipe bursting in the closet of her office that required her full attention for a week. Counsel was unable to meet with defendant until February 11, 2013 as he is in custody in Lerdo and arrangements had to be made to transport him to Fresno. The meeting with the defendant, identified corrections and objections to the draft PSR. The formal objections were due on February 12, 2013. Counsel was unable to meet that deadline. And immediately notified the probation officer to ask for

two more days. This did not comport with the probation officer's schedule. The probation officer advised counsel that it would be necessary to continue the sentencing hearing so that she would have adequate time to do further research and respond. Counsel and defendant also need time to meet again after the completion of the final PSR. For this reason, the first mutually available date for the parties and the probation officer is March 25, 2013.

As the defendant is located in Bakersfield, transportation on March 4, 2013 would have to be cancelled and rescheduled for March 25, 2013.

DATED: February 20, 2013        /s/Joan Jacobs Levie
                                          JOAN JACOBS LEVIE,
                                          Attorney for Defendant
                                          EDWARD LUNA

DATED: February 20, 2013        /s/ Kimberly Sanchez
                                          Assistant U.S. Attorney

## ORDER

FOR GOOD CAUSE APPEARING:

The sentencing hearing in the above-entitled matter is continued to March 25, 2013 at 10:00 A.M.

IT IS SO ORDERED.

Dated:   **February 22, 2013**              **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE