```
 1  JAMES R. HOMOLA  #60244
    Attorney at Law
 2  2950 Mariposa, Suite 250
    Fresno, California 93721
 3  Telephone: (559) 441-7111

 4  Attorney for
    ROBERT SALAZAR
 5

 6                  UNITED STATES DISTRICT COURT

 7                 EASTERN DISTRICT OF CALIFORNIA

 8                      *   *   *   *   *

 9                                   |
    UNITED STATES OF AMERICA,        |  Case No. CR F 11-354 LJO
10                                   |
              Plaintiff,             |  NOTICE OF REQUEST
11  vs.                              |  TO SEAL DOCUMENTS
                                     |  AND PROPOSED ORDER
12                                   |
    ROBERT SALAZAR,                  |
13                                   |
          Defendant.                 |
14  _____  |
```

15      Pursuant to Local Rule 141, Local Rules of the United States

16 District Court for the Eastern District of California, Defendant

17 ROBERT SALAZAR requests that the Court order the Exhibits

18 submitted in support of his Motion to Suppress the Evidence

19 Derived from Successive Wiretap Applications and Orders to be

20 filed under seal.

21      Defendant's request to seal these documents is based on the

**James R. Homola**
Attorney at Law
2950 Mariposa St
   Suite 250
Fresno, CA 93721
(559) 441-7111

grounds that they contain confidential information related to probable cause for the issuance of the wiretaps, and are subject to previous orders of the court restricting their distribution or publication.

The Exhibits will be submitted to the Court Clerk this date by hand delivery, in a three-ring binder.  Because these documents are currently already in the possession of all parties, are identified herein by Bates Number, are subject to a current order restricting their distribution, and since service would undermine the Court's control mechanism (pursuant to which discovery materials released to defendants are marked with the individual defendant's name), additional copies have not been served on the parties.

It is respectfully requested that the Court grant Mr. SALAZAR's request to file the documents under seal.

DATED: June 19, 2013            Respectfully submitted,


/s/ James R. Homola
JAMES R. HOMOLA
Attorney for Defendant
ROBERT SALAZAR


\* \* \* \* \*

**James R. Homola**
Attorney at Law
2950 Mariposa St
   Suite 250
Fresno, CA 93721
(559) 441-7111

**O R D E R**

1

IT IS SO ORDERED.

2

**Dated:   June 20, 2013          /s/  Lawrence J. O'Neill**
                                  UNITED STATES DISTRICT JUDGE

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

**James R. Homola**
Attorney at Law
2950 Mariposa St
   Suite 250
Fresno, CA 93721
(559) 441-7111