HARRY M. DRANDELL #109293
LAW OFFICES OF HARRY M. DRANDELL
1221 VAN NESS AVENUE, SUITE 450
FRESNO, CA 93721
PHONE (559) 442-8888
FAX (559) 442-8891

ATTORNEYS FOR Defendant, Raymond Avalos



**FILED**

JUL 26 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 1:10-CR-00354 LJO |
| Plaintiff, | [Proposed] |
| v. | **ORDER GRANTING REQUEST TO SEAL DOCUMENTS** |
| RAYMOND AVALOS, | |
| Defendant. | |

The Court, having considered Defendant Raymond Avalos's Request To Seal Documents, the Declaration of Harry M. Drandell in Support of Request to Seal Documents and Affidavits of Andrew Elmer and Ryan Stearman, the Court finds compelling reasons for the filing of the documents under seal, therefore Defendant's Request To Seal Documents is GRANTED.

IT IS HEREBY ORDERED that the Affidavits of Andrew Elmer and Ryan Stearman shall be **FILED UNDER SEAL**.

IT IS SO ORDERED.

Dated: July 26, 2013

LAWRENCE J. O'NEILL
United States District Judge