**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: lawtorres@aol.com

Attorney for:
MARTIN MARTINEZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARTIN MARTINEZ,<br><br>Defendant | ) Case No.: Case No. 1:11-CR-00354 LJO<br>)<br>)<br>) **STIPULATION AND ORDER TO FILE**<br>) **MOTION BEYOND DESIGNATED**<br>) **FILING DATE**<br>)<br>)<br>)<br>)<br>) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE

LAWRENCE O'NEIL AND THE UNITED STATES ATTORNEYS OFFICE:

     IT IS HEREBY STIPULATED between AUSA's Kimberly Sanchez and Kathleen

Servatious and Defense Counsel, David A. Torres, to file a Supplemental Motion to Suppress the

Wiretap on behalf of Defendant Martin Martinez.

     It is further stipulated that the governments' response date shall be August 15, 2013.

//

//

//

//

//

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 7/31/2013                    */s/ David A Torres*
                                    DAVID A. TORRES
                                    Attorney for Defendant
                                    Mart Martinez


DATED: 7/31/2013                    */s/Kimberly Sanchez*
                                    KIMBERLY SANCHEZ
                                    Assistant U.S. Attorney


DATES: 7/31/2013                    */s/Kathleen Servatious*
                                    KATHLEEN SERVATIOUS
                                    Assistant U.S. Attorney


# ORDER

**IT IS SO ORDERED** that counsel be allowed to file the above referenced motion

beyond the designated filing date.  The governments' response date shall be August 15, 2013.




IT IS SO ORDERED.

Dated:   **July 31, 2013**              **/s/ Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE