1 BENJAMIN B. WAGNER
United States Attorney
2 KIMBERLY A. SANCHEZ
KATHLEEN A. SERVATIUS
3 MELANIE ALSWORTH
Assistant U.S. Attorneys
4 4401 Federal Building
2500 Tulare Street
5 Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11-CR-00354 LJO |
| Plaintiff, | ORDER GRANTING GOVERNMENT'S REQUEST TO SUBMIT EXHIBITS IN SUPPORT OF RESPONSE TO DEFENDANTS' MOTIONS TO SUPPRESS ***UNDER SEAL*** |
| v. | |
| RICHARD SALAS, et. al., | DATE: August 23 2013 TIME: 1:00 p.m. |
| Defendants. | HONORABLE Lawrence J. O'Neill |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kathleen A. Servatius, Melanie Alsworth, and Kimberly A. Sanchez, Assistant United States Attorneys, having requested permission to file the government's exhibits in opposition to defendant's motions to suppress under seal *under seal* until further order of the Court,

IT IS SO ORDERED.

**Dated: August 6, 2013**      /s/  Lawrence J. O'Neill
                               UNITED STATES DISTRICT JUDGE

1