1 **MARK W. COLEMAN, #117306**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
MANUEL ALEJANDRO GARCIA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MANUEL ALEJANDRO GARCIA, <br><br> Defendants. | Case No.: 11-CR-00354 LJO <br><br> **STIPULATION TO CONTINUE SENTENCING** <br> **AND** <br> **O R D E R** |

TO: THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:

**IT IS HEREBY STIPULATED** and agreed by and between attorneys for the respective clients that the Sentencing hearing currently on calendar for October 15, 2013, at 8:30 a.m., be continued to November 19, 2013, at 8:30 a.m., or as soon thereafter as is convenient to the court's calendar.

**IT IS FURTHER STIPULATED** that the deadlines for filing informal and formal objections to the Pre-Sentence Investigation Report be scheduled as follows:

    Informal Objections to be served on or before October 26, 2013

    Formal Objections to be filed on or before November 12, 2013.

This continuance is requested by counsel for Defendant, MANUEL ALEJANDRO GARCIA, due to the fact that counsel needs additional time to file informal objections to the Probation Report.

Specifically, Probation has recommended a two-level increase for a weapon. Defendant disputes that a weapon was involved in the transaction.

It is necessary to review the discovery to isolate those portions of the discovery, which includes reports and audio recordings, of the alleged conversations in order to prepare the informal objections, along with evidence.

Counsel for Defendant has spoken with Assistant U. S. Attorney, KIMBERLY SANCHEZ, who has no objection to this continuance.

Dated: September 26, 2013.  Respectfully Submitted,

NUTTALL & COLEMAN

/s/ Mark W. Coleman

MARK W. COLEMAN
Attorney for Defendant,
MANUEL ALEJANDRO GARCIA

Dated: September 26, 2013.  UNITED STATES ATTORNEY'S OFFICE

/s/ Kimberly Sanchez

KIMBERLY SANCHEZ
Assistant U.S. Attorney

* * * * * * *

**O R D E R**

IT IS SO ORDERED.

**Dated:  September 26, 2013**     /s/  Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE