DAVID J. COHEN, ESQ.
California Bar No. 145748
CHERIE R. BEASLEY, ESQ.
California Bar No. 253019
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, California 94104
Telephone: (415) 398-3900
Facsimile: (415) 398-7500

Attorneys for Defendant **Cesar Noe Villa**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CESAR VILLA, *ET. AL.*,<br><br>    Defendant. | Case No. 1:11-CR-00354 LJO<br><br>**ORDER of Denial Without Prejudice**<br><br>Date: October 28, 2013<br>Time: 8:30 a.m.<br>Judge: Lawrence J. O'Neill |

The sentencing hearing in this matter, currently scheduled on October 28, 2013, is being requested to be continued to 8:30 a.m. on January 13, 2014. The request is due to conflicts on defense counsel's calendar as a result of two criminal cases in the Contra Costa Superior Court. This Court is concerned about a ten week continuance, especially due to the fact that the defendant is currently in custody. The cost of that housing is

[Proposed] Order
*U.S. v. Villa, et. al.;*
Case No. 1:11-CR-00354 LJO

significant.

Before finding Good Cause, the undersigned needs to know answers to the following questions:

-Do trials in the Contra Costa Superior Court go five days a week?

-Is there any reason substitute counsel cannot stand in for the purpose of sentencing?

-Are both trials a CERTAINTY, with no chance of resolution or continuance?

-Is there some valid reason the decision cannot wait until more is known about the certainty of the dates?

Counsel for the Defendant should respond within 5 court days.

**IT IS SO ORDERED.**

**Dated:   October 2, 2013             /s/  Lawrence J. O'Neill**
**                                    UNITED STATES DISTRICT JUDGE**

[Proposed] Order
*U.S. v. Villa, et. al.;*
Case No. 1:11-CR-00354 LJO                    2