DAVID J. COHEN, ESQ.
California Bar No. 145748
CHERIE R. BEASLEY, ESQ.
California Bar No. 253019
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, California 94104
Telephone: (415) 398-3900
Facsimile: (415) 398-7500

Attorneys for Defendant **Cesar Noe Villa**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>CESAR VILLA,<br><br>  Defendant. | Case No. 1:11-CR-00354 LJO<br><br>**ORDER** on Motion to Continue Sentencing<br><br>Date: October 28, 2013<br>Time: 8:30 a.m.<br>Judge: Lawrence J. O'Neill |

**GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED** that the sentencing hearing in this matter, currently scheduled on October 28, 2013, be continued to 8:30 a.m. on January 13, 2014.

**IT IS SO ORDERED. IT IS SO ORDERED.**

**Dated: October 8, 2013        /s/ Lawrence J. O'Neill**
                                **UNITED STATES DISTRICT JUDGE**

*U.S. v. Villa, et. al.;*
Case No. 1:11-CR-00354 LJO