Jeffrey T. Hammerschmidt, #131113
Mark Broughton, #079822
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, Armand Valle

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>ARMAND VALLE, et al,<br><br>        Defendants. | **1:11-CR-354-LJO**<br><br>**STIPULATION TO CORRECT JUDGMENT AND ORDER THEREON (Fed. Rules Crim. Proc., Rule 36)**<br><br>**DATE: October 21, 2013**<br>**TIME: 8:30 AM**<br>**Honorable Lawrence O'Neill**<br>**Department Four** |

WHEREAS Defendant ARMAND VALLE has filed a Motion to Correct Judgment (Document 379) in the above referenced matter;

WHEREAS grounds for correcting the Judgment, in the form of the Minutes from sentencing, in a Criminal Case (Document 368) have been set forth in the memorandum of points and authorities and the declaration of Jeffrey T. Hammerschmidt filed in support of the Defendant's Motion to Correct Judgment;

WHEREAS the Plaintiff United States of America does not oppose the motion;

The parties hereto, by and through authorized counsel HEREBY STIPULATE that:

1. The minutes reflecting the sentencing and judgment herein (Document 368) may be corrected as follows:

MINUTES (Text Only) for proceedings held before District Judge Lawrence J. O'Neill: SENTENCING held on 9/30/2013 for Armand Valle (24) Count 1 Second Superseding Indictment CUSTODY: 188 Months to run CONCURRENTLY with 1:13CR337 LJO. Special Assessment $100. Supervised Release: 60 Months with conditions. Defense motion to correct ARREST date on Presentence Report as 8/31/2010-GRANTED. The Government moves, by motion, to deny the request of the Defendant for the Court's recommendation to the Bureau of Prisons for geographical housing at the following location~~s~~: ~~Allenwood, PA; Pollock, LA; El Reno, OK, or~~ Mendota, CA. The basis of the motion is information gained from a prison authority expert within the Bureau of Prisons that the Nuestra Familia and Norteno gang organization is attempting to form a presence at these locations. The Defendant does not <u>oppose</u> ~~dispute~~ the Government's <u>motion</u> ~~position~~. The motion by the Government is GRANTED, and the motion by the Defendant for a specific designation is DENIED. Appeal Rights waived. DEFENDANT TERMINATED. Government Counsel: K Sanchez present. Defense Counsel: J Hammerschmidt present. Custody Status: CUSTODY. Court Reporter/CD Number: Karen Hooven. (Munoz, I)

2. The corrected paragraph may read:

MINUTES (Text Only) for proceedings held before District Judge Lawrence J. O'Neill: SENTENCING held on 9/30/2013 for Armand Valle (24) Count 1 Second Superseding Indictment CUSTODY: 188 Months to run CONCURRENTLY with 1:13CR337 LJO. Special Assessment $100. Supervised Release: 60 Months with conditions. Defense motion to correct ARREST date on Presentence Report as 8/31/2010-GRANTED. The Government moves, by motion, to deny the request of the Defendant for the Court's recommendation to the Bureau of Prisons for geographical housing at the following location: Mendota, CA. The basis of the motion is information gained from a prison authority expert within the Bureau of Prisons that the Nuestra Familia and Norteno gang organization is attempting to form a presence at these locations. The Defendant does not oppose the Government's motion. The motion by the Government is GRANTED, and the motion by the Defendant for a specific designation is DENIED. Appeal Rights waived. DEFENDANT TERMINATED. Government Counsel: K Sanchez present. Defense Counsel: J Hammerschmidt present. Custody Status: CUSTODY. Court Reporter/CD Number: Karen Hooven. (Munoz, I)

3. Upon entry of this stipulation as an order, defendant ARMAND VALLE's Motion to Correct Judgment (Document 379) set for October 21, 2013 at 8:30 a.m. may be taken off calendar.

DATED: October 16, 2013
BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
Attorneys for Plaintiff

DATED: October 16, 2013
HAMMERSCHMIDT BROUGHTON LAW CORPORATION

By: /s/ Jeffrey T. Hammerschmidt
JEFFREY T. HAMMERSCHMIDT
Attorney for Defendant, Armand Valle

**ORDER**

Good cause having been shown, IT IS HEREBY ORDERED THAT:

1. The minutes reflecting the sentencing and judgment herein (Document 368) shall be corrected as follows:

MINUTES (Text Only) for proceedings held before District Judge Lawrence J. O'Neill: SENTENCING held on 9/30/2013 for Armand Valle (24) Count 1 Second Superseding Indictment CUSTODY: 188 Months to run CONCURRENTLY with 1:13CR337 LJO. Special Assessment $100. Supervised Release: 60 Months with conditions. Defense motion to correct ARREST date on Presentence Report as 8/31/2010-GRANTED. The Government moves, by motion, to deny the request of the Defendant for the Court's recommendation to the Bureau of Prisons for geographical housing at the following locations: Allenwood, PA; Pollock, LA; El Reno, OK, or Mendota, CA. The basis of the motion is information gained from a prison authority expert within the Bureau of Prisons that the Nuestra Familia and Norteno gang organization is attempting to form a presence at these locations. The Defendant does not oppose dispute the

Government's <u>motion</u> ~~position~~. The motion by the Government is GRANTED, and the motion by the Defendant for a specific designation is DENIED. Appeal Rights waived. DEFENDANT TERMINATED. Government Counsel: K Sanchez present. Defense Counsel: J Hammerschmidt present. Custody Status: CUSTODY. Court Reporter/CD Number: Karen Hooven. (Munoz, I)

2. The corrected paragraph shall read:

MINUTES (Text Only) for proceedings held before District Judge Lawrence J. O'Neill: SENTENCING held on 9/30/2013 for Armand Valle (24) Count 1 Second Superseding Indictment CUSTODY: 188 Months to run CONCURRENTLY with 1:13CR337 LJO. Special Assessment $100. Supervised Release: 60 Months with conditions. Defense motion to correct ARREST date on Presentence Report as 8/31/2010-GRANTED. The Government moves, by motion, to deny the request of the Defendant for the Court's recommendation to the Bureau of Prisons for geographical housing at the following location: Mendota, CA. The basis of the motion is information gained from a prison authority expert within the Bureau of Prisons that the Nuestra Familia and Norteno gang organization is attempting to form a presence at these locations. The Defendant does not oppose the Government's motion. The motion by the Government is GRANTED, and the motion by the Defendant for a specific designation is DENIED. Appeal Rights waived. DEFENDANT TERMINATED. Government Counsel: K Sanchez present. Defense Counsel: J Hammerschmidt present. Custody Status: CUSTODY. Court Reporter/CD Number: Karen Hooven. (Munoz, I)

3. Corrected Minutes shall be prepared and filed herein.

4. Defendant ARMAND VALLE's Motion to Correct Judgment (Document 379) set for October 21, 2013 at 8:30 a.m. shall be taken off calendar.

IT IS SO ORDERED.

   Dated:   **October 17, 2013**          **/s/ Lawrence J. O'Neill**
                                                          UNITED STATES DISTRICT JUDGE