1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   KATHLEEN A. SERVATIUS
3  Assistant United States Attorney
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00354-LJO |
| Plaintiff, | **PRELIMINARY ORDER OF FORFEITURE** |
| v. | |
| DAVID TERRAZAS, aka David Starry | |
| Defendant. | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant David Terrazas, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 21 U.S.C. § 853, defendant David Terrazas' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. approximately $14,800.00 in U.S. Currency.

2. The above-listed property constitutes or is derived from, proceeds obtained, directly or indirectly, or was property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of a violation of 21 U.S.C. §§ 841(a)(1) and 846.

Preliminary Order of Forfeiture         1

1       3.     Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Marshals Service, in its secure custody and control.

      4.    a.     Pursuant to 21 U.S.C. § 853(n) and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

          b.     This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

      5.     If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853 in which all interests will be addressed.

IT IS SO ORDERED.

Dated:   **October 28, 2013**           **/s/ Lawrence J. O'Neill**
                                                 UNITED STATES DISTRICT JUDGE